UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROBERT H. AJAMIAN,

                                            1:14-CV-321
                                            (DNH/TWD)
                              Plaintiff,

        -v-


SAMUEL EGISH ZAKARIAN, Continental Broker
Dealer Corp., Arbitration 13-02182,

                              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                          OF COUNSEL:

ROBERT H. AJAMIAN
Plaintiff Pro Se
30 Eberle Road
Latham, NY 12110

DAVID N. HURD
United States District Judge

## DECISION and ORDER

        Pro se plaintiff Robert H. Ajamian brought this action pursuant to 42 U.S.C. § 1983.

On July 11, 2014, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge,

advised by Report-Recommendation that plaintiff's complaint be sua sponte dismissed with

prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  Defendant filed a series of objections to

the Report-Recommendation.

        Based upon a de novo review of the portions of the Report-Recommendation to

which defendant objected, the Report-Recommendation is accepted and adopted in all

respects.  See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1.  Plaintiff's complaint is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

2.  The Clerk is directed to serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  August 26, 2014
        Utica, New York.