# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ROBERT H. AJAMIAN**
    Plaintiff
  v.                    CASE NUMBER: 1:14-cv-321 (DNH/TWD)

**SAMUEL EGISH ZAKARIAN**
    Defendant

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Based upon a de novo review of the portions of the # [18] Report-Recommendation to which defendant objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1). It is ORDERED that Plaintiff's complaint is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

All of the above pursuant to the order of the Honorable District Judge David N. Hurd, dated the 26th day of August, 2014.

DATED: August 26, 2014

*[signature]*
Clerk of Court

s/ Michelle Coppola
Deputy Clerk